UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:

JANE DOE,
an individual,

        Plaintiff,

vs.

CONOR ANTHONY MCGREGOR,
an Irish Individual,
BASKETBALL PROPERTIES, INC, a Florida Profit Corporation,
MIAMI HEAT LIMITED PARTNERSHIP, a Florida Partnership,
d/b/a "THE HEAT GROUP;" and,
COMPASS GROUP USA, a Delaware Profit Corporation,

        Defendants.       /

## COMPLAINT, AND DEMAND FOR JURY TRIAL

Plaintiff, JANE DOE, through her counsel, hereby files this Complaint and Demand for Jury Trial against the Defendants, BASKETBALL PROPERTIES, INC, a Florida Profit Corporation, MIAMI HEAT LIMITED PARTNERSHIP, a Florida Partnership, and, COMPASS GROUP USA, a Delaware Profit Corporation, and states the following:

## INTRODUCTION

1. This is a lawsuit arising from a sexual battery committed by CONOR ANTHONY MCGREGOR upon JANE DOE while she was a patron of the Courtside Club of the Kaseya Center, at 601 Biscayne Blvd, Miami, FL, on June 9-10, 2023.

2. Plaintiff is seeking more than the jurisdictional threshold of this Honorable Court of $75,000.00.

3. JANE DOE is a citizen of the United States of America and a resident of Miami-Dade County in the state of Florida.

4. JANE DOE's identity is known to CONOR ANTHONY MCGREGOR, however, JANE DOE wishes to maintain her anonymity in the proceedings of this Honorable Court to avoid embarrassment and shame from the conduct discussed in this Complaint as well as to protect her privacy in her career as she is 49 years old, and employed as a Senior Wall Street Vice President at a high profile financial institution.

5. Defendant CONOR ANTHONY MCGREGOR is a citizen of Ireland.

6. CONOR ANTHONY MCGREGOR is subject to the jurisdiction of this Honorable Court pursuant to Fla. Stat. § 48.193 specifically, as he was committing a tort as described in this complaint, below. Additionally, he is subject to the general jurisdiction of this Honorable Court as he was engaged in "substantial and not isolated" business as discussed below.

7. BASKETBALL PROPERTIES, INC., is a Florida Profit Corporation.

8. MIAMI HEAT LIMITED PARTNERSHIP is a Florida Partnership.

9. COMPASS GROUP, USA, is a Delaware Profit Corporation.

10. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1332(a) because the amount in controversy in this claim exceeds $75,000, exclusive of interest and costs, and is between citizens of different states and citizens of the subject of a foreign state.

11. Venue is proper in this District pursuant to 28 U.S.C. §1391 as the events and omissions giving rise to the claim occurred in this District.

## FACTUAL ALLEGATIONS

**KESAYA CENTER STAFF AND SECURITY PERMITTED OVERSERVICE OF INTOXICANTS TO CONOR ANTHONY MCGREGOR AND WERE ON NOTICE OF CONOR ANTHONY MCGREGOR'S POTENTIAL DANGER TO PATRONS**

12. CONOR ANTHONY MCGREGOR is a left hand dominant professional boxer, actor, mixed martial artist, and businessman. He holds multiple Ultimate Fighting Championship titles and was the first fighter to hold two titles in different weight classes at the same time.

13. On June 9, 2023, the Miami Heat played the Denver Nuggets in Game 4, of the 2023 NBA finals starting after a scheduled tip off time of 8:30pm. CONOR ANTHONY MCGREGOR was present at the Kesaya Center where the Miami Heat game was hosted to promote and advertise for TIDL pain relief spray.

14. The TIDL promotion was carried out to generate revenue for BASKETBALL PROPERTIES, INC, and, MIAMI HEAT LIMITED PARTNERSHIP.

15. Agents of BASKETBALL PROPERTIES, INC., MIAMI HEAT LIMITED PARTNERSHIP, and, COMPASS GROUP USA, (hereinafter collectively "KESAYA CENTER STAFF AND SECURITY") escorted CONOR ANTHONY MCGREGOR to the Courtside Club at the Kesaya Center.

16. KESAYA CENTER STAFF AND SECURITY, provided food and beverages as well as security to CONOR ANTHONY MCGREGOR, during the first and second quarters, fending off patrons controlling crowds that gathered near him, and maintaining a permitter around a table occupied by CONOR ANTHONY MCGREGOR.

17. KESAYA CENTER STAFF AND SECURITY further served CONOR ANTHONY MCGREGOR and others upon the request of CONOR ANTHONY MCGREGOR, food and alcohol, and allowed CONOR ANTHONY MCGREGOR free movement about the Kesaya Center.

18. During the third quarter of the game, CONOR ANTHONY MCGREGOR, went out on the Kesaya Center court with an actor wearing a "Burnie" Miami Heat Mascot costume who was wearing large boxing gloves.

19. CONOR ANTHONY MCGREGOR's skit with "Burnie," was a promotion of TIDL pain relief spray which CONOR ANTHONY MCGREGOR has promoted as being designed to deliver pain relief for sports like boxing, stating in social media that that TIDL spray helps make "[a]ny knocks, bruises or swelling sorted."

20. CONOR ANTHONY MCGREGOR struck the actor wearing the "Burnie" Miami Heat Mascot costume with his bare dominant hand, knocking the actor to the ground.

21. While the actor was still on the ground, CONOR ANTHONY MCGREGOR struck the actor a second time with his ungloved left hand.

22. After the second strike, and while the actor was still on the ground, CONOR ANTHONY MCGREGOR sprayed TIDL pain relief spray upon the "Burnie" actor.

23. The "Burnie" actor was dragged from the court by KESAYA CENTER STAFF AND SECURITY and taken to a hospital to recover.

24. KESAYA CENTER STAFF AND SECURITY were on notice of the potential for staff and game patrons to be injured by CONOR ANTHONY MCGREGOR as he injured the actor wearing the "Bernie" costume such that the actor was required to seek medical care at a hospital.

25. Knowledge of the "Burnie" actor's injuries was not public at the third quarter of the game. Knowledge of the "Burnie" actor's injuries were known to KESAYA CENTER STAFF AND SECURITY.

### AFTER THE STRIKE ON "BURNIE," KESAYA CENTER STAFF AND SECURITY ESCORT CONOR ANTHONY MCGREGOR BACK TO THE COURTSIDE CLUB

26. After the knock-out skit of "Bernie" was completed, KESAYA CENTER STAFF AND SECURITY escorted CONOR ANTHONY MCGREGOR to the Kesaya Center's Courtside Club.

27. At the end of the game, CONOR ANTHONY MCGREGOR engaged in amicable conversation with JANE DOE. KESAYA CENTER STAFF AND SECURITY also provided CONOR ANTHONY MCGREGOR's access to one or more entire bottle or bottles of Proper 12 Irish Whiskey and Tequila or failed to restrict his access to an entire bottle or bottles of the Proper 12 whiskey.

28. JANE DOE's acquaintance stated "we are leaving," and, CONOR ANTHONY MCGREGOR's private security or a friend of CONOR ANTHONY MCGREGOR stated "Conor told me to come get you," and grabbed JANE DOE'S wrist and led JANE DOE and the acquaintance toward the exit of the Courtside club. Before leaving the Courtside Club, CONOR ANTHONY MCGREGOR's friend or security stopped at the entrance to the men's bathroom. JANE DOE requested of the friend to let go of her wrist and he said, "No, Conor will kill me if I lose you." CONOR ANTHONY MCGREGOR then exited the men's bathroom and grabbed JANE DOE's hand or wrist and led her into the men's restroom with her acquaintance to follow. At that point CONOR ANTHONY

MCGREGOR led JANE DOE to the stall, but, KESAYA CENTER STAFF AND SECURITY would not let JANE DOE's acquaintance into the stall. The loud DJ music in the Courtside club and in the bathroom area made communicating difficult and

29. While JANE DOE was evacuating her bladder and seated on the commode, CONOR ANTHONY MCGREGOR appeared to JANE DOE be under the influence of intoxicants and out of control, and attempted to forcefully place his unprotected penis into JANE DOE's mouth without her consent.

30. Thereafter, JANE DOE pulled her pants up and stood up and attempted to exit the stall. CONOR ANTHONY MCGREGOR slammed JANE DOE against the wall face first and put JANE DOE in an arm lock and attempted to forcefully place his unprotected penis into JANE DOE's anus without her consent.

31. JANE DOE returned to the Courtside club as she was waiting on her acquaintance to leave the venue.

## COUNT I – JANE DOE SUES CONOR ANTHONY MCGREGOR FOR BATTERY

32. Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 31 above.

33. CONOR ANTHONY MCGREGOR intentionally engaged in unlawful sexual contact, including attempting to forcefully place his unprotected penis into the mouth and anus of JANE DOE without her consent or permission.

34. These actions were undertaken by CONOR ANTHONY MCGREGOR intentionally, such that they were for his own sexual gratification and for the purposes of degrading Plaintiff.

35. The touching undertaken by CONOR ANTHONY MCGREGOR described herein were uninvited and offensive to Plaintiff.

36. As a direct and proximate result of CONOR ANTHONY MCGREGOR's sexual assault of Plaintiff, JANE DOE has suffered physical, psychological and emotional damages.

WHEREFORE, Plaintiff, JANE DOE demands judgment against Defendant CONOR ANTHONY MCGREGOR for past and future medical treatment, compensatory damages, and costs, and such other and further relief as this Court deems reasonable. JANE DOE reserves the right to seek leave to amend to pursue punitive damages.

## COUNT II- JANE DOE SUES KESAYA CENTER STAFF AND SECURITY FOR GROSS NEGLIGENCE

37. JANE DOE re-alleges and re-states the allegations contained in paragraphs 1-31.

38. JANE DOE was a business invitee and owed the highest standard of care as a patron of the Kesaya Center.

39. KESAYA CENTER STAFF AND SECURITY had a duty to JANE DOE to maintain the Kesaya Center in a reasonably safe condition given the circumstances which KESAYA CENTER STAFF AND SECURITY knew or should have known.

40. This duty owed to JANE DOE included providing for JANE DOE's safety and security from other patrons who are known or should be known to KESAYA CENTER STAFF AND SECURITY as dangerous and/or overserved and under the influence of alcohol or intoxicants.

41. These actions by KESAYA CENTER STAFF AND SECURITY were motivated by the Kesaya Center's financial gain.

42. KESAYA CENTER STAFF AND SECURITY were on notice as of the third quarter of the June 9, 2023, Miami Heat game that CONOR ANTHONY MCGREGOR had injured the actor playing "Burnie," and thus KESAYA CENTER STAFF AND SECURITY had chargeable knowledge of a heightened risk of battery being carried out by CONOR ANTHONY MCGREGOR.

43. This knowledge of this heightened risk is chargeable to KESAYA CENTER STAFF AND SECURITY and the failure of KESAYA CENTER STAFF AND SECURITY to warn and protect JANE DOE from CONOR ANTHONY MCGREGOR demonstrates a conscious disregard for the safety of patrons similarly situated to and including JANE DOE.

44. KESAYA CENTER STAFF AND SECURITY's conduct was so reckless or wanting in care that it constituted a conscious disregard or indifference to the life, safety, or rights of persons exposed to such conduct.

45. KESAYA CENTER STAFF AND SECURITY had actual knowledge of the wrongfulness of the conduct and the high probability that injury or damage to the claimant would result and, despite that knowledge, intentionally pursued that course of conduct and allowed CONOR ANTHONY MCGREGOR unfettered access to the Courtside Club resulting in injury to JANE DOE.

46. The special treatment of CONOR ANTHONY MCGREGOR by allowing him to pour his own alcoholic drinks as well as the failure to cut CONOR ANTHONY MCGREGOR's access to alcoholic beverages off after he was overserved demonstrates a conscious disregard for the safety patrons similarly situated to and including JANE DOE.

47. KESAYA CENTER STAFF AND SECURITY's failure to provide adequate security to protect JANE DOE from CONOR ANTHONY MCGREGOR was a breach of KESAYA CENTER STAFF AND SECURITY's duty to JANE DOE.

48. JANE DOE was injured by KESAYA CENTER STAFF AND SECURITY's failure to protect her.

WHEREFORE, Plaintiff, JANE DOE demands judgment against Defendants BASKETBALL PROPERTIES, INC, MIAMI HEAT LIMITED PARTNERSHIP, d/b/a "THE HEAT GROUP;" and, COMPASS GROUP USA for past and future medical treatment, compensatory damages, costs, and such other and further relief as this Court deems reasonable. JANE DOE reserves the right to seek leave to amend to pursue punitive damages.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated: January 14, 2025

> The Law Office of James R. Dunn, P.A.
> 151 NE 16 Ave, Suite 1
> Fort Lauderdale, FL 33301
> (305) 741-DUNN (3866)
> James@AttorneyJamesDunn.com
>
> /s/James R. Dunn
> James R. Dunn
> FBN 40950