UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:25-cv-20208

JANE DOE,
an individual,

        Plaintiff,

vs.

CONOR ANTHONY MCGREGOR,
an Irish Individual,
        Defendants.                                /

**FIRST AMENDED COMPLAINT, AND DEMAND FOR JURY TRIAL**
*(Dropping Basketball Properties, Inc., Miami Heat Limited Partnership, and Compass Group USA, who will be pursued in State Court)*

Plaintiff, JANE DOE, through her counsel, hereby files this Complaint and Demand for Jury Trial against the Defendant, CONOR ANTHONY MCGREGOR, an Irish Individual, and states the following:

**INTRODUCTION**

1. This is a lawsuit arising from a sexual battery committed by CONOR ANTHONY MCGREGOR upon JANE DOE while she was a patron of the Courtside Club of the Kaseya Center, at 601 Biscayne Blvd, Miami, FL, on June 9-10, 2023.

2. Plaintiff is seeking more than the jurisdictional threshold of this Honorable Court of $75,000.00.

3. JANE DOE is a citizen of the State of Florida, domiciled in Miami-Dade County.

4. JANE DOE maintains a long-term lease on a residential dwelling unit in the City of Miami in the State of Florida, and works from her home in the City of Miami. JANE DOE has an intention to remain in the State of Florida and in the City of Miami.

5. JANE DOE's identity is known to CONOR ANTHONY MCGREGOR, however, JANE DOE wishes to maintain her anonymity in the proceedings of this Honorable Court to avoid embarrassment and shame from the conduct discussed in this Complaint as well as to protect her privacy in her career as she is 49 years old, and employed as a Senior Wall Street Vice President at a high profile financial institution.

6. Defendant CONOR ANTHONY MCGREGOR is a citizen of Ireland.

7. CONOR ANTHONY MCGREGOR is subject to the jurisdiction of this Honorable Court pursuant to Fla. Stat. § 48.193 specifically, as he was committing a tort as described in this complaint, below. Additionally, he is subject to the general jurisdiction of this Honorable Court as he was engaged in "substantial and not isolated" business as discussed below.

8. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1332(a) because the amount in controversy in this claim exceeds $75,000, exclusive of interest and costs, and is between citizens of different states and citizens of the subject of a foreign state.

9. Venue is proper in this District pursuant to 28 U.S.C. §1391 as the events and omissions giving rise to the claim occurred in this District.

## FACTUAL ALLEGATIONS

10. CONOR ANTHONY MCGREGOR is a left hand dominant professional boxer, actor, mixed martial artist, and businessman. He holds multiple Ultimate Fighting Championship titles and was the first fighter to hold two titles in different weight classes at the same time.

11. On June 9, 2023, the Miami Heat played the Denver Nuggets in Game 4, of the 2023 NBA finals starting after a scheduled tip off time of 8:30pm. CONOR ANTHONY MCGREGOR was present at the Kesaya Center where the Miami Heat game was hosted to promote and advertise for TIDL pain relief spray.

12. At the end of the game, CONOR ANTHONY MCGREGOR engaged in amicable conversation with JANE DOE.

13. JANE DOE's acquaintance stated "we are leaving," and, CONOR ANTHONY MCGREGOR's private security or a friend of CONOR ANTHONY MCGREGOR stated "Conor told me to come get you," and grabbed JANE DOE'S wrist and led JANE DOE and the acquaintance toward the exit of the Courtside club. Before leaving the Courtside Club, CONOR ANTHONY MCGREGOR's friend or security stopped at the entrance to the men's bathroom. JANE DOE requested of the friend to let go of her wrist and he said, "No, Conor will kill me if I lose you." CONOR ANTHONY MCGREGOR then exited the men's bathroom and grabbed JANE DOE's hand or wrist and led her into the men's restroom with her acquaintance to follow. At that point CONOR ANTHONY MCGREGOR led JANE DOE to the stall, but, KESAYA CENTER STAFF AND SECURITY would not let JANE DOE's acquaintance into the stall. The loud DJ music in the Courtside club and in the bathroom area made communicating difficult.

14. While JANE DOE was evacuating her bladder and seated on the commode, CONOR ANTHONY MCGREGOR appeared to JANE DOE be under the influence of intoxicants and out of control, and attempted to forcefully place his unprotected penis into JANE DOE's mouth without her consent.

15. Thereafter, JANE DOE pulled her pants up and stood up and attempted to exit the stall. CONOR ANTHONY MCGREGOR slammed JANE DOE against the wall face first and put JANE DOE in an arm lock and attempted to forcefully place his unprotected penis into JANE DOE's anus without her consent.

16. JANE DOE returned to the Courtside club as she was waiting on her acquaintance to leave the venue.

## COUNT I – JANE DOE SUES CONOR ANTHONY MCGREGOR FOR BATTERY

17. Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 16 above.

18. CONOR ANTHONY MCGREGOR intentionally engaged in unlawful sexual contact, including attempting to forcefully place his unprotected penis into the mouth and anus of JANE DOE without her consent or permission.

19. These actions were undertaken by CONOR ANTHONY MCGREGOR intentionally, such that they were for his own sexual gratification and for the purposes of degrading Plaintiff.

20. The touching undertaken by CONOR ANTHONY MCGREGOR described herein were uninvited and offensive to Plaintiff.

21. As a direct and proximate result of CONOR ANTHONY MCGREGOR's sexual assault of Plaintiff, JANE DOE has suffered physical, psychological and emotional damages.

WHEREFORE, Plaintiff, JANE DOE demands judgment against Defendant CONOR ANTHONY MCGREGOR for past and future medical treatment, compensatory

damages, and costs, and such other and further relief as this Court deems reasonable.

JANE DOE reserves the right to seek leave to amend to pursue punitive damages.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

Dated: January 28, 2025

                The Law Office of James R. Dunn, P.A.
                151 NE 16 Ave, Suite 1
                Fort Lauderdale, FL 33301
                (305) 741-DUNN (3866)
                James@AttorneyJamesDunn.com

                /s/James R. Dunn
                James R. Dunn
                FBN 40950