UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 25-cv-20208-JAL

JANE DOE,
an individual,

        Plaintiff,

vs.

CONOR ANTHONY MCGREGOR,
an Irish Individual,

        Defendants.            /

**NOTICE OF VOLUNTARY DISMISSAL OF  BASKETBALL PROPERTIES, INC,
MIAMI HEAT LIMITED PARTNERSHIP, d/b/a "THE HEAT GROUP;" and,
COMPASS GROUP USA, WITHOUT PREJUDICE**

    Plaintiff, JANE DOE, through her counsel, hereby files this Notice of Voluntary

Dismissal of Defendants BASKETBALL PROPERTIES, INC, a Florida Profit Corporation,

MIAMI HEAT LIMITED PARTNERSHIP, a Florida Partnership, d/b/a "THE HEAT GROUP;"

and, COMPASS GROUP USA, a Delaware Profit Corporation, without prejudice as JANE DOE

intends to pursue claims against these parties in State Court.

    Dated: January 28, 2025

                The Law Office of James R. Dunn, P.A.
                151 NE 16 Ave, Suite 1
                Fort Lauderdale, FL 33301
                (305) 741-DUNN (3866)
                James@AttorneyJamesDunn.com

                /s/James R. Dunn
                James R. Dunn
                FBN 40950