UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:25-cv-20208

JANE DOE,
an individual,

       Plaintiff,

vs.

CONOR ANTHONY MCGREGOR,
an Irish Individual,
       Defendants.    /

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Plaintiff, JANE DOE, through her counsel, hereby files this Notice of Change of Address, and requests all pleadings and correspondence be sent to The Law Office of James R. Dunn, P.A., 151 NE 16 Ave, Suite 1, Fort Lauderdale, FL 33301.

I certify I uploaded this document and directed CMECF to serve GERALD E. GREENBERG, and, BARBARA R. LLANES, of GELBER SCHACHTER & GREENBERG, P.A., whose address is One Southeast Third Avenue, Suite 2600, Miami, Florida 33131, and whose electronic service address is: efilings@gsgpa.com, today.

Dated: November 21, 2025

                                        The Law Office of James R. Dunn, P.A.
                                        151 NE 16 Ave, Suite 1
                                        Fort Lauderdale, FL 33301
                                        (305) 741-3866
                                        James@AttorneyJamesDunn.com

                                        /s/James R. Dunn
                                        James R. Dunn
                                        FBN 40950