UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-20208-JAL

JANE DOE, an individual,

    Plaintiff,

v.

CONOR ANTHONY MCGREGOR,
an Irish Individual,

    Defendant.
_____/

**PLAINTIFF JANE DOE'S
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Jane Doe, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that this action is voluntarily dismissed *with prejudice*.

Dated: December 2, 2025

Respectfully Submitted,

*/s/ James Richard Dunn*
JAMES RICHARD DUNN
Florida Bar No. 40950
James@AttorneyJamesDunn.com
JAMES R. DUNN, P.A.
151 NE 16 Ct, Suite 1
Ft. Lauderdale, FL 33301
Telephone: 954-684-3535

*Counsel for Plaintiff*